# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3822

_____

| | | |
|---|---|---|
| Juan Velasquez-Lopez, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: May 19, 2011
Filed: May 24, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Juan Velasquez-Lopez petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's (IJ's) denial of withholding of removal. We conclude for the reasons explained by the IJ and the BIA that Velasquez-Lopez failed to show it was more likely than not that he would be persecuted on account of a protected ground if returned to Guatemala. See Malonga v. Mukasey, 546 F.3d 546, 551-52 (8th Cir. 2008); Davila-Mejia v. Mukasey, 531 F.3d 624, 628-29 (8th Cir. 2008). Accordingly, we deny the petition.

_____